

# Missouri Court of Appeals
## Southern District

**APRIL 13, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.  Case No.  SD33906

    Re:  STATE OF MISSOURI,
    Plaintiff-Respondent,
    vs.
    AVERY T. FULTZ,
    Defendant-Appellant.